# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**DALLAS BRETT REDMON, SR.,**

      **Plaintiff,**

v.                                    **Case No. 4:17cv188-MW/CAS**

**CENTURION LLC, et al.,**

      **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with court orders." The Clerk shall close the file.

**SO ORDERED on December 13, 2017.**

                                            **s/Mark E. Walker**
                                            **United States District Judge**